UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 7: 15-011-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| TERRY FIELDS, | ) | **MEMORANDUM ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\*

Defendant Terry Fields has submitted a letter, docketed as a motion, requesting appointment of counsel for the purpose of filing a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). [Record No. 453] The Court denied the defendant's prior compassionate release motion because Fields failed to exhaust administrative remedies as required by statute. [Record No. 433] Fields now claims that he has exhausted his claim and seeks the assistance of counsel.

The Court will deny the pending motion. As an initial matter, the undersigned notes that "[n]o constitutional or statutory right to counsel exists for filing motions under 18 U.S.C. § 3582." *United States v. Clark*, No. 6: 07-013-DCR, 2019 WL 7161209, at \*2 (E.D. Ky. Feb. 14, 2019) (citing *United States v. Webb*, 565 F.3d 789 (11th Cir. 2009) (collecting cases)). The decision to appoint counsel is within the Court's discretion, but appointment of counsel is unnecessary where the issues raised in a § 3582 motion "are straightforward and resolvable upon review of the record." *Id.*

The record in this case, supplemented by any relevant documents included in Fields's forthcoming motion, should be sufficient to resolve all compassionate release-related issues that the defendant may raise. Therefore, being sufficiently advised, it is hereby

**ORDERED** that Defendant Fields's letter requesting appointment of counsel, docketed as a motion [Record No. 453], is **DENIED**.

Dated: August 31, 2020.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky